UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

DASHI ROMONT DUNCAN,

Defendant.
_________________________________/

**INDICTMENT**

The Grand Jury charges:

**Felon in Possession of a Firearm**

On or about August 22, 2026, in Ingham County, in the Southern Division of the Western District of Michigan,

DASHI ROMONT DUNCAN,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded Ruger LCP .380 caliber pistol, which was in and affecting commerce.

Before DASHI ROMONT DUNCAN committed the offense charged in this Indictment, he had at least three previous convictions for a violent felony, a serious drug offense, or both, committed on occasions different from one another.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(e)

**FORFEITURE ALLEGATION**

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) set forth in this Indictment,

DASHI ROMONT DUNCAN

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in or used in the knowing commission of the offense, including but not limited to: a Ruger LCP .380 caliber pistol and any associated ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

JULIA M. RUGG
Assistant United States Attorney